UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
VADIM ISHAYEV

               Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------X

**TRANSFER ORDER**
07 Civ. 8458 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2007

      HONORABLE PAUL A. CROTTY, United States District Judge:

      In reviewing the Complaint filed in this matter, the Court notes that plaintiff Vadim Ishayev asserts that he is a resident of Brooklyn, New York; the incident complained of occurred in Brooklyn, and that the various named and unnamed individual defendants are police officers of the defendant City of New York assigned to the 60th Precinct in Brooklyn, New York. All events giving rise to the underlying action occurred in connection with alleged injuries Vadim Ishayev suffered as a result of alleged assault(s) by defendants in the Eastern District of New York. It therefore appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

      ORDERED that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

Dated:  New York, New York
         December 5, 2007

                                      SO ORDERED

                                      */s/ Paul A. Crotty*
                                      PAUL A. CROTTY
                                      United States District Judge